

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

July 1, 2021

Hon. Andrew E. Krause
United States Magistrate Judge
United States Courthouse
300 Quarropas Street
White Plains, NY  10601

    Re:  United States v. Starlin Espinal-Adames, 21 Mag. 6191

Dear Judge Krause:

    Defendant Starlin Espinal-Adames has now been arrested. Accordingly, the United States respectfully moves to unseal the complaint in this matter.

                Respectfully submitted,

                AUDREY STRAUSS
                United States Attorney

        By:  _/s/ Jim Ligtenberg_____
              Jim Ligtenberg
              Assistant United States Attorney
              (914) 993-1953

SO ORDERED:

_____
Hon. Andrew E. Krause
United States Magistrate Judge

July 1, 2021